## WARE v. WARE.

No. 17144—Opinion Filed July 20, 1926.

Error from District Court, Rogers County; C. H. Baskin, Judge.

Action between Elijah N. Ware and Kate Edmondson Ware. From the judgment, the former brings error. Reversed and remanded.

D. B. Horsley, for plaintiff in error.

Jennings. Hall & Battenfield and Bland & Davis, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this

cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as required by rule 7 of this court.